# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130384 & (70)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ATTORNEY GENERAL,
         Plaintiff-Appellee,

v

SC: 130384
COA: 263618
Ingham CC: 04-001113-CZ

FLINT CITY COUNCIL, PEGGY R. COOK,
ED TAYLOR, SCOTT KINCAID, JOHNNIE
COLEMAN, CAROLYN SIMS, MARK A.
HORRIGAN, and DARRYL E. BUCHANAN,
         Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to withdraw application is also considered, and it is GRANTED, with the exception of the request for costs, which is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

t0424

Clerk